IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                              Case No. 11-CV-659

MARTHA REILLY,

        Defendant.

## ORDER GRANTING MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Upon consideration of the motion of the United States and pursuant to Rule 37(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the defendant Martha Reilly serve on the plaintiff answers to the plaintiff's written interrogatories and request for production of documents on or before May 26, 2014.

Dated this 24TH day of APRIL, 2014.

BY THE COURT:

_____
STEPHEN L. CROCKER
United States Magistrate Judge