IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No. 11-cv-659-wmc

MARTHA REILLY,

        Defendant.

---

**ORDER TO QUASH BENCH WARRANT**

---

Upon consideration of plaintiff's motion,

IT IS HEREBY ORDERED that the bench warrant issued by this Court on January 25, 2017, is quashed.

Dated this 4th day of June, 2019.

                                    BY THE COURT:

                                    WILLIAM M. CONLEY
                                    United States District Judge